Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: ron.richman@bullivant.com
          susan.olson@bullivant.com
          edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>TEAR-N-IT UP DEMOLITION, INC., a California corporation; and GUADALUPE MANUEL CERVANTES, an individual,<br><br>Defendants. | Case No.: 4:15-cv-01215-JSW<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER THEREON**<br><br>Date:    June 26, 2015<br>Time:    11:00 a.m.<br>Ctroom:  5, 2nd Floor<br>         Hon. Jeffrey S. White |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California, and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") hereby request that the Court continue the case management conference currently set for June 26, 2015, at 11:00 A.M., in Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, California based on the following:

On March 13, 2015, Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty and for a Mandatory Injunction.  (Complaint, Doc. # 1.)

On March 29, 2015, service was made on defendant Guadalupe Manuel Cervantes both in his personal capacity and in his capacity as agent for service of process for co-defendant Tear-In-It Up Demolition, Inc.  (Proofs of Service, Doc. #10-11.)  Neither defendant timely filed a responsive pleading.

On May 1, 2015, the Clerk entered default against both defendants.  (Doc. # 15.)

Counsel for the Plaintiffs is currently drafting a motion for default judgment against both defendants and will have it on file with the court within 14 calendar days of the filing of this request.

Based on the above, Plaintiffs Laborers Trust Funds respectfully request that this Court continue the case management conference until a date after June 30, 2015, allowing the Laborers Trust Funds time to file their motion for default judgment.

DATED:  June 16, 2015

                                        BULLIVANT HOUSER BAILEY PC


                                By  */s/ Edward D. Winchester*
                                      Edward D. Winchester

                              Attorneys for Plaintiffs

15600085.1

– 1 –

PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER THEREON

**ORDER**

Based on Plaintiffs Laborers Trust Funds' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the June 26, 2015 case management conference be continued to __August 28__, 2015 at 11:00 a.m. in Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, California. The parties shall file a joint case management conference no later than seven days before the date of the continued case management conference.

DATED: June 18, 2015

By: _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

– 2 –
PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER THEREON