United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL., <br><br>Plaintiffs, <br><br>v. <br><br>TEAR-N-IT UP DEMOLITION, INC. and GUADALUPE MANUEL CERVANTES, <br><br>Defendants. | No. C 15-01215 JSW <br><br>**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On July 7, 2015, Plaintiffs filed a motion for default judgment against Tear-N-It Up Demolition, Inc. and Guadalupe Manuel Cervantes and noticed it for hearing on August 28, 2015. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The hearing date set for August 28, 2015 is VACATED. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at (510) 637-3541.

**IT IS SO ORDERED.**

Dated: July 8, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk