1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Edward D. Winchester, SBN 271500
   BULLIVANT HOUSER BAILEY PC
3  235 Pine Street, Suite 1500
   San Francisco, California  94104-2752
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5  E-mail: ron.richman@bullivant.com
          susan.olson@bullivant.com
6         edward.winchester@bullivant.com

7  Attorneys for Plaintiffs

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 OAKLAND DIVISION

| 11 | BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> TEAR-N-IT UP DEMOLITION, INC., a California corporation; and GUADALUPE MANUEL CERVANTES, an individual, <br><br> Defendants. | Case No.: 4:15-cv-01215-JSW (JCS) <br><br> **STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; [**PROPOSED**] ORDER** <br><br> Date:    August 28, 2015 <br> Time:   11:00 a.m. <br> Ctroom: 5, 2nd Floor <br>             Hon. Jeffrey S. White |
|---|---|

– 1 –

STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER

On July 7, 2015, Plaintiffs filed and served their Motion for Default Judgment against defendants in this action which was subsequently referred to Chief Magistrate Judge Joseph C. Spero for a report and recommendation. Accordingly, the Court has set a hearing on Plaintiffs' motion for September 4, 2015, at 9:30 a.m., in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. Based on the foregoing, Plaintiffs respectfully request that the Case Management Conference be continued until after the Court hears Plaintiffs' motion.

DATED:  August 21, 2015

                                                BULLIVANT HOUSER BAILEY PC

                                                By  */s/ Edward D. Winchester*
                                                         Edward D. Winchester

                                              Attorneys for Plaintiffs

15660959.1

**ORDER**

Pursuant to Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to __December 11__, 2015, at 11:00 a.m. Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, California. The parties shall file a joint case management conference statement no later than seven days before the date of the continued case management conference.

DATED: August 21, 2015

By _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE