Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: ron.richman@bullivant.com
        susan.olson@bullivant.com
        edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>TEAR-N-IT UP DEMOLITION, INC., a California corporation; and GUADALUPE MANUEL CERVANTES, an individual,<br><br>Defendants. | Case No.: 4:15-cv-01215-JSW (JCS)<br><br>**REQUEST FOR DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT GUADALUPE MANUEL CERVANTES; [PROPOSED] ORDER THEREON** |

Plaintiffs hereby request that the Court dismiss this action, without prejudice, as against Defendant Guadalupe Manuel Cervantes in light of *Bos v. Board of Trustees*, No. 13-15604, ___ F. 3d ___, 20015 WL 4568015 (9th Cir. Jul. 30, 2015), a copy of which was submitted to the Court with Plaintiffs' Statement of Recent Decision Relevant to Plaintiffs' Motion for Default Judgment [Docket No. 28].

DATED: August 26, 2015

BULLIVANT HOUSER BAILEY PC

By */s/ Edward D. Winchester*
    Edward D. Winchester

Attorneys for Plaintiffs

15675307.1

---

– 1 –

REQUEST FOR DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT GUADALUPE MANUEL CERVANTES; ORDER THEREON

# **ORDER**

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice, as against Defendant Guadalupe Manuel Cervantes.

DATED: __August 27__, 2015

By _____Jeffrey S White_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

– 2 –

REQUEST FOR DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT GUADALUPE MANUEL CERVANTES; ORDER THEREON