IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.,

Plaintiffs,

v.

TEAR-N-IT UP DEMOLITION, INC. and GUADALUPE MANUEL CERVANTES,

Defendants.

No. C 15-01215 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT**

This matter comes before the Court upon consideration of Magistrate Judge Joseph C. Spero's Report and Recommendation (the "Report"), in which he recommends that this Court grant the motion for default judgment filed by Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Fund for Northern California ("Plaintiffs") against Defendant Tear-N-It Up Demolition, Inc. ("Defendant TUD") and Guadalupe Manuel Cervantes on their claims for unpaid employee benefit contributions. No objections were filed.

Having considered the Report, Plaintiff's papers, the relevant legal authority, and the record in this case, the Court finds the Report thorough and well-reasoned and adopts it in every respect. Accordingly, Plaintiffs' motion for default judgment is GRANTED as to Defendant TUD but DENIED as moot as to Defendant Cervantes.

Plaintiffs are HEREBY AWARDED (1) $40,483.44 for unpaid contributions, interest on those unpaid contributions, and liquidated damages; (2) $8,493.44 for contributions paid, but paid late, and interest on those late contributions; and (3) $8,543.00 for attorneys' fees and costs.

The Court further enters an injunction ordering Defendant TUD to submit to an audit of its records for the period March 2011 through the last completed quarter as outlined in the Report. The Court shall retain jurisdiction over this action.

Plaintiffs shall serve a copy of this Order within three business days and shall file a proof of service with the Court.

**IT IS SO ORDERED.**

Dated: November 10, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE